David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
Kelly V. O'Donnell (SBN 257266)
kodonnell@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (844) 345-3178

Richard S. Zembek (*pro hac vice*)
richard.zembek@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5283

*Attorneys for Plaintiff and Counterclaim Defendant*
QUALCOMM INCORPORATED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INCORPORATED,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 3:17-CV-02403-CAB-MDD<br><br>**PLAINTIFF / COUNTERCLAIM DEFENDANT QUALCOMM INCORPORATED'S ANSWER TO DEFENDANT APPLE INC.'S COUNTERCLAIMS**<br><br>**[DEMAND FOR A JURY TRIAL]** |
|---|---|

## ANSWER

Plaintiff / Counterclaim Defendant Qualcomm Incorporated ("Qualcomm") hereby answers Defendant Apple Inc.'s ("Apple") Answer and Counterclaims, filed January 22, 2018. Except as otherwise expressly set forth below, Qualcomm denies the allegations and characterizations contained in Apple's Counterclaims.

## PARTIES[1]

1. Qualcomm denies the allegations in Paragraph 1, except states that Apple is a California corporation with its principal place of business at 1 Infinite Loop, Cupertino, California 95014, and that Apple designs and markets certain products.

2. Qualcomm denies the allegations in Paragraph 2, except states that Qualcomm is a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California 92121. Qualcomm further states that Qualcomm is a global company and that its business includes, but is not limited to, the development and commercialization of wireless telecommunications technologies, products, and services.[2]

3. Qualcomm denies the allegations in Paragraph 3, except states that it has offices and employees in the Southern District of California and it conducts business in the Southern District of California.

---

[1] Qualcomm repeats the headings set forth in Apple's Counterclaims in order to simplify comparison of the Counterclaims and this Response. In doing so, Qualcomm makes no admissions regarding the substance of the headings or any other allegations of the Counterclaims. Unless otherwise stated, to the extent that a particular heading can be construed as an allegation, Qualcomm specifically denies all such allegations.

[2] Qualcomm objects to Apple's definition of "Qualcomm" to the extent that it does not distinguish between Qualcomm Incorporated and the subsidiaries and/or divisions of Qualcomm. Qualcomm reserves all rights to object to Apple's purported definition for purposes of discovery or any other aspect of this action.

# JURISDICTION

4. Qualcomm denies the allegations in Paragraph 4, except states that Apple purports to describe its claims and the relief it seeks.

5. Qualcomm states that the allegations in Paragraph 5 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 5.

6. Qualcomm denies the allegations in Paragraph 6, except states that venue is proper in this Court.

# DECLARATORY JUDGMENT COUNTERCLAIMS
# QUALCOMM'S PATENTS-IN-SUIT

7. Qualcomm states that it is the owner of U.S. Patent No. 8,683,362 ("the '362 patent"), that the '362 patent was duly and legally issued on March 25, 2014, that the '362 patent is valid and enforceable, that Qualcomm is the original assignee of the '362 patent, and that Qualcomm has the full and exclusive right to bring an action and recover damages for Apple's infringement of the '362 patent. Qualcomm states that it attached a copy of the '362 patent as Exhibit A to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 7.

8. Qualcomm states that it is the owner of U.S. Patent No. 8,497,928 ("the '928 patent"), that the '928 patent was duly and legally issued on July 30, 2013, that the '928 patent is valid and enforceable, that Qualcomm is the assignee of the '928 patent, and that Qualcomm has the full and exclusive right to bring an action and recover damages for Apple's infringement of the '928 patent. Qualcomm states that it attached a copy of the '928 patent as Exhibit B to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 8.

9. Qualcomm states that it is the owner of U.S. Patent No. 8,665,239 ("the '239 patent"), that the '239 patent was duly and legally issued on March 4, 2014,

that the '239 patent is valid and enforceable, that Qualcomm is the original assignee of the '239 patent, and that Qualcomm has the full and exclusive right to bring an action and recover damages for Apple's infringement of the '239 patent. Qualcomm states that it attached a copy of the '239 patent as Exhibit C to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 9.

10. Qualcomm states that it is the owner of U.S. Patent No. 9,203,940 ("the '940 patent"), that the '940 patent was duly and legally issued on December 1, 2015, that the '940 patent is valid and enforceable, that Qualcomm is the original assignee of the '940 patent, and that Qualcomm has the full and exclusive right to bring an action and recover damages for Apple's infringement of the '940 patent. Qualcomm states that it attached a copy of the '940 patent as Exhibit D to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 10.

11. Qualcomm states that it is the owner of U.S. Patent No. 7,844,037 ("the '037 patent"), that the '037 patent was duly and legally issued on November 30, 2010, that the '037 patent is valid and enforceable, that Qualcomm is the assignee of the '037 patent, and that Qualcomm has the full and exclusive right to bring an action and recover damages for Apple's infringement of the '037 patent. Qualcomm states that it attached a copy of the '037 patent as Exhibit E to its Complaint. Except as specifically admitted, Qualcomm denies the allegations and characterizations contained in Paragraph 11.

12. Qualcomm admits that it has alleged that acts by Apple infringe the '362, '928, '239, '940, and '037 patents (collectively, the "Patents-in Suit"), but states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the Patents-in-Suit by making, using, offering for sale, selling, or importing devices that practice the Patents-in-Suit.

13. Qualcomm states that the allegations in Paragraph 13 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 13, except states that Apple purports to seek declaratory relief in its Counterclaims.

## COUNT I

### Declaration of Noninfringement of U.S. Patent No. 8,683,362

14. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

15. Qualcomm denies the allegations in Paragraph 15, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '362 patent.

16. Qualcomm states that the allegations in Paragraph 16 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 16.

17. Qualcomm admits that Apple purports to identify the language from claim 1 of the '362 patent. Qualcomm denies the allegations in Paragraph 17, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '362 patent, and refers to the '362 patent for its contents.

18. Qualcomm states that the allegations in Paragraph 18 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 18.

19. Qualcomm states that the allegations in Paragraph 19 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 19, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT II

### Declaration of Invalidity of U.S. Patent No. 8,683,362

20.  Qualcomm states that the allegations in Paragraph 20 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 20.

21.  Qualcomm states that the allegations in Paragraph 21 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 21.

22.  Qualcomm states that the allegations in Paragraph 22 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 22, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT III

### Declaration of Noninfringement of U.S. Patent No. 8,497,928

23.  Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

24.  Qualcomm denies the allegations in Paragraph 24, except states that Apple has been and is still infringing, contributing to infringement and/or inducing others to infringe the '928 patent.

25.  Qualcomm states that the allegations in Paragraph 25 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 25.

26.  Qualcomm admits that Apple purports to identify the language from claims 1, 7, and 10 of the '928 patent. Qualcomm denies the allegations in Paragraph 26, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '928 patent, and refers to the '928 patent for its contents.

27. Qualcomm states that the allegations in Paragraph 27 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 27.

28. Qualcomm states that the allegations in Paragraph 28 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 28, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT IV

### Declaration of Invalidity of U.S. Patent No. 8,497,928

29. Qualcomm states that the allegations in Paragraph 29 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 29.

30. Qualcomm states that the allegations in Paragraph 30 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 30.

31. Qualcomm states that the allegations in Paragraph 31 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 31, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT V

### Declaration of Noninfringement of U.S. Patent No. 8,665,239

32. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

33. Qualcomm denies the allegations in Paragraph 33, except states that Apple has been and is still infringing, contributing to infringement and/or inducing others to infringe the '239 patent.

34. Qualcomm states that the allegations in Paragraph 34 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 34.

35. Qualcomm admits that Apple purports to identify the language from claims 1 and 3 of the '239 patent. Qualcomm denies the allegations in Paragraph 35, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '239 patent, and refers to the '239 patent for its contents.

36. Qualcomm states that the allegations in Paragraph 36 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 36.

37. Qualcomm states that the allegations in Paragraph 37 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 37, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VI

## Declaration of Invalidity of U.S. Patent No. 8,665,239

38. Qualcomm states that the allegations in Paragraph 38 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 38.

39. Qualcomm states that the allegations in Paragraph 39 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 39.

40. Qualcomm states that the allegations in Paragraph 40 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 40, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VII

### Declaration of Noninfringement of U.S. Patent No. 9,203,940

41. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

42. Qualcomm denies the allegations in Paragraph 42, except states that Apple has been and is still infringing, contributing to infringement and/or inducing others to infringe the '940 patent.

43. Qualcomm states that the allegations in Paragraph 43 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 43.

44. Qualcomm admits that Apple purports to identify the language from claims 1 and 12 of the '940 patent. Qualcomm denies the allegations in Paragraph 44, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '940 patent, and refers to the '940 patent for its contents.

45. Qualcomm states that the allegations in Paragraph 45 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 45.

46. Qualcomm states that the allegations in Paragraph 46 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 46, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT VIII

### Declaration of Invalidity of U.S. Patent No. 9,203,940

47. Qualcomm states that the allegations in Paragraph 47 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 47.

48. Qualcomm states that the allegations in Paragraph 48 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 48.

49. Qualcomm states that the allegations in Paragraph 49 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 49, except states that Apple purports to seek declaratory relief in its Counterclaim.

## COUNT IX

### Declaration of Noninfringement of U.S. Patent No. 7,844,037

50. Qualcomm repeats and alleges its responses to the preceding Paragraphs with the same force and effect as if fully restated herein.

51. Qualcomm denies the allegations in Paragraph 51, except states that Apple has been and is still infringing, contributing to infringement and/or inducing others to infringe the '037 patent.

52. Qualcomm states that the allegations in Paragraph 52 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 52.

53. Qualcomm admits that Apple purports to identify the language from claim 1 of the '037 patent. Qualcomm denies the allegations in Paragraph 53, except states that Apple has been and is still infringing, contributing to infringement, and/or inducing others to infringe the '037 patent, and refers to the '037 patent for its contents.

54. Qualcomm states that the allegations in Paragraph 54 state a legal conclusion to which no response is required. To the extent a response is required, Qualcomm denies the allegations in Paragraph 54.

55. Qualcomm states that the allegations in Paragraph 55 state a legal conclusion to which no response is required. To the extent a response is required,

1  Qualcomm denies the allegations in Paragraph 55, except states that Apple purports
2  to seek declaratory relief in its Counterclaim.

### COUNT X

### Declaration of Invalidity of U.S. Patent No. 7,844,037

5  56.  Qualcomm states that the allegations in Paragraph 56 state a legal
6  conclusion to which no response is required.  To the extent a response is required,
7  Qualcomm denies the allegations in Paragraph 56.

8  57.  Qualcomm states that the allegations in Paragraph 57 state a legal
9  conclusion to which no response is required.  To the extent a response is required,
10 Qualcomm denies the allegations in Paragraph 57.

11 58.  Qualcomm states that the allegations in Paragraph 58 state a legal
12 conclusion to which no response is required.  To the extent a response is required,
13 Qualcomm denies the allegations in Paragraph 58, except states that Apple purports
14 to seek declaratory relief in its Counterclaim.

### PRAYER FOR RELIEF

16 Qualcomm denies that Apple is entitled to any relief whatsoever, whether as
17 sought in the Prayer for Relief of its Counterclaims or otherwise, in connection with
18 this civil action.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense – Failure to State A Claim

21 Apple's Counterclaims, and each and every claim stated therein, fail to state a
22 claim on which relief can be granted.

### Second Affirmative Defense – Lack of Standing

25 Apple's Counterclaims for declaratory relief are barred in whole or in part
26 because there is no active case or controversy under the Declaratory Judgment Act,
27 28 U.S.C. §§ 2201-2202.

| | | | |
|---|---|---|---|
| DATED: February 12, 2018 | | By: | */s/ Sean S. Pak* |

[See below for full signature block]

### Jury Demand

Qualcomm demands trial by jury on all issues so triable.

| | | | |
|---|---|---|---|
| DATED: February 12, 2018 | | By: | */s/ Sean S. Pak* |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (*pro hac vice*)
(Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean S. Pak (SBN 219032)
seanpak@quinnemanuel.com
Michael D. Powell (SBN 202850)
mikepowell@quinnemanuel.com
Michelle Ann Clark (SBN 243777)
michelleclark@quinnemanuel.com
Andrew M. Holmes (SBN 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 857-6700

Patrick Curran (SBN 241630)
patrickcurran@quinnemanuel.com
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

Yury Kapgan (SBN 218366)
yurykapgan@quinnemanuel.com
Scott Watson (SBN 219147)
scottwatson@quinnemanuel.com
Michael Louis Fazio (SBN 228601)
michaelfazio@quinnemanuel.com

| | |
|---|---|
| 1 | Joseph Sarles (SBN 254750) |
| 2 | josephsarles@quinnemanuel.com |
|   | Valerie A. Lozano (SBN 260020) |
| 3 | valerielozano@quinnemanuel.com |
|   | 865 South Figueroa Street, 10th Floor |
| 4 | Los Angeles, California 90017 |
|   | Telephone: (213) 443-3000 |
| 5 | Facsimile: (213) 443-3100 |

**JONES DAY**
Karen P. Hewitt (SBN 145309)
kphewitt@jonesday.com
Randall E. Kay (SBN 149369)
rekay@jonesday.com
John D. Kinton (SBN 203250)
jkinton@jonesday.com
4655 Executive Drive, Suite 1500
San Diego, California 92121
Telephone: (858) 314-1200
Facsimile: (858) 345-3178

**NORTON ROSE FULBRIGHT US LLP**
Richard S. Zembek (*Pro Hac Vice*)
richard.zembek@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone: (713) 651-5283

*Attorneys for Plaintiff and Counterclaim Defendant*
QUALCOMM INCORPORATED

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on February 12, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

Executed on  February 12, 2018 , at San Francisco, California.

_/s/ Sean S. Pak_