Juanita R. Brooks, SBN 75934, brooks@fr.com
Jason W. Wolff, SBN 215819, wolff@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Michael A. Amon, SBN 226221, amon@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801, *pro hac vice,* cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, *pro hac vice,* degnan@fr.com
Fish & Richardson P.C.
1000 Main Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

*Attorneys for Defendant Apple Inc.*

[Additional counsel identified on signature page]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>  Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 3:17-CV-02403-CAB-MDD<br><br>**APPLE INC.'S REQUEST FOR ORAL ARGUMENT**<br><br>Judge:       Hon. Cathy Ann Bencivengo<br>Courtroom: 4C |

**DEFENDANT APPLE INC.'S REQUEST FOR ORAL ARGUMENT ON APPLE'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON 35 U.S.C. § 101 (FAILURE TO CLAIM PATENTABLE SUBJECT MATTER)**

Pursuant to Local Rule 7.1 and the Court's Chambers Rules, Defendant Apple Inc. hereby respectfully requests oral argument on its motion for judgment on the pleadings filed contemporaneously herewith.

Defendant estimates one hour will be necessary for argument, with 30 minutes of argument for each side.

Defendant requests oral argument for the above-referenced motion for at least three reasons. First, the issue presented by the motion, patent invalidity under 35 U.S.C. § 101 of two asserted patents, is dispositive for these two asserted patents. Second, the motion implicates arguments relating to two separate patents, each of which is directed to a different technology. Each challenged patent is invalid under section 101 for distinct reasons, which would benefit from fuller explanation through oral argument. Third, the nature of the section 101 analysis suggests oral argument would be beneficial for the Court and the parties. As the Federal Circuit has noted, "at present there is no [] single, succinct, usable definition or test" for whether a patent is directed to a patent-ineligible "abstract idea." *Amdocs (Israel) Ltd. v. Openet Telecom, Inc.*, 841 F.3d 1288, 1294 (Fed. Cir. 2016), *cert. denied*, 138 S. Ct. 469 (2017). Rather, "the decisional mechanism courts now apply is to examine earlier cases in which a similar or parallel descriptive nature can be seen—what prior cases were about, and which way they were decided." *Id.* Accordingly, oral argument will allow the Court and the parties greater opportunity to explore the parallels between past cases and the present dispute.

Dated:  May 30, 2018          Respectfully submitted,

By: */s/Michael A. Amon*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Jason W. Wolff, SBN 215819, wolff@fr.com

1          Case No. 3:17-CV-02403-CAB-MDD

Seth M. Sproul, SBN 217711, sproul@fr.com
Michael A. Amon, SBN 226221, amon@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice,* degnan@fr.com
Fish & Richardson P.C.
1000 Maine Avenue, S.W., Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

Betty Chen, SBN 290588, bchen@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-839-5070 / Fax: 650-839-5071

Benjamin C. Elacqua, TX Bar No. 24055443
*pro hac vice*, elacqua@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109
Thad C. Kodish, GA Bar No. 427603,
*pro hac vice*, tkodish@fr.com
Erin P. Alper, GA Bar No. 940408
*pro hac vice*, alper@fr.com
Jacqueline Tio, GA Bar No. 940367
*pro hac vice,* tio@fr.com
Lawrence Jarvis, GA Bar No. 102116
*pro hac vice,* jarvis@fr.com
Sara Fish, GA Bar No. 873853
*pro hac vice,* fish@fr.com
Fish & Richardson P.C.
1180 Peachtree Street N.E., 21st floor
Atlanta, GA 30309
Phone: 404-892-5005/ Fax: 404-892-5002

***Attorneys for Defendant Apple Inc.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on May 30, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on May 30, 2018, at San Diego, California.

*/s/ Michael A. Amon*
Michael A. Amon
amon@fr.com