Juanita R. Brooks, SBN 75934, brooks@fr.com
Jason W. Wolff, SBN 215819, wolff@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Michael A. Amon, SBN 226221, amon@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Betty Chen, SBN 290588, bchen@fr.com
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94064
Phone: 650-839-5070 / Fax: 650-839-5071

Ruffin B. Cordell, DC Bar No. 445801, (*pro hac vice*) cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421, (*pro hac vice*) degnan@fr.com
Fish & Richardson P.C.
1000 Maine Ave. S.W., Suite 1000
Washington, D.C. 20024
Phone: 202-783-5070 / Fax: 202-783-2331

*Attorneys for Defendant Apple Inc.*

*[Additional counsel identified on signature page]*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUALCOMM INCORPORATED,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC.,<br><br>Defendant. | Case No. 3:17-CV-02403-CAB-MDD<br><br>**DEFENDANT APPLE INC.'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS**<br><br>DATE: August 3, 2018<br>JUDGE: Hon. Cathy Ann Bencivengo<br>CTRM: 4C<br><br>PER CHAMBER RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on August 3, 2018, or as soon as the matter may be heard, in Courtroom 4C of the Honorable Cathy Ann Bencivengo, Defendant Apple, Inc. ("Apple") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 15 for leave to file its First Amended Answer and Counterclaims.

This motion is supported by the accompanying Memorandum of Points and Authorities and such other written and oral argument and authorities that may be presented at or before the hearing of this motion. Clean and redlined versions of the proposed Amended Answer and Counterclaims are attached as Exhibits A and B to the accompanying Declaration of Michael A. Amon.

Dated: June 29, 2018         Respectfully submitted,

By: */s/    Michael A. Amon*
Juanita R. Brooks, SBN 75934, brooks@fr.com
Jason W. Wolff, SBN 215819, wolff@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Michael A. Amon, SBN 226221, amon@fr.com
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070
Fax: 858-678-5099

Betty H. Chen, SBN 290588
bchen@fr.com
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, CA 94063
Phone: 650-893-5070
Fax: 650-893-5071

Ruffin B. Cordell, DC Bar No. 445801,
*pro hac vice*, cordell@fr.com
Lauren A. Degnan, DC Bar No. 452421,
*pro hac vice*, degnan@fr.com
**FISH & RICHARDSON P.C.**

| | |
|---|---|
| 1 | 1000 Maine Ave. S.W., Suite 1000 |
| 2 | Washington, D.C. 20024<br>Phone: 202-783-5070<br>Fax: 202-783-2331 |
| 3 | |
| 4 | Benjamin C. Elacqua, TX Bar No. 24055443<br>*pro hac vice*, elacqua@fr.com |
| 5 | **FISH & RICHARDSON P.C.**<br>1221 McKinney Street, Suite 2800 |
| 6 | Houston, TX 77010<br>Phone: 713-654-5300 |
| 7 | Fax: 713-652-0109 |
| 8 | Thad C. Kodish, GA Bar No. 427603<br>*pro hac vice,* kodish@fr.com |
| 9 | Erin P. Alper, GA Bar No. 940408<br>*pro hac vice*, alper@fr.com |
| 10 | Jacqueline Tio, GA Bar No. 940367<br>*pro hac vice*, tio@fr.com |
| 11 | Sara Fish, GA SBN 873853<br>*pro hac vice*, sfish@fr.com |
| 12 | Lawrence Jarvis, GA SBN 102116<br>*pro hac vice*, jarvis@fr.com |
| 13 | **FISH & RICHARDSON P.C.**<br>1180 Peachtree Street N.E., 21st floor |
| 14 | Atlanta, GA 30309<br>Phone: 404-892-5005 |
| 15 | Fax: 404-892-5002 |

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 29, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

Executed on June 29, 2018 at San Diego, California.

*/s/ Michael A. Amon*
Michael A. Amon