UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

QUALCOMM INCORPORATED,
Plaintiff,
v.
APPLE INCORPORATED,
Defendant.

Case No.: 3:17-cv-2403-CAB-MDD

**ORDER ON MOTION TO FILE UNDER SEAL**
**[Doc. No. 138]**

The Court, having considered Qualcomm Inc.'s Motion To File Under Seal Portions of Its Opposition to Apple's Motion for Leave to File Amended Answer and CounterClaims [Doc. No. 138], and having determined that there are compelling reasons that overcome the presumption of public access, hereby **GRANTS** Qualcomm's Motion. Accordingly, the following documents, or portions thereof, may be filed UNDER SEAL[1]:

- Exhibit 1 to Qualcomm's Opposition;
- Exhibit 3 to Qualcomm's Opposition;
- Exhibit 4 to Qualcomm's Opposition;
- Exhibit 5 to Qualcomm's Opposition; and

[1] Qualcomm may lodge the documents authorized to be sealed on the CM/ECF by linking the sealed lodged documents to its original motion to file document under seal, document number 138.

- Exhibit 6 to Qualcomm's Opposition.

It is **SO ORDERED**.

Dated: July 16, 2018

Hon. Cathy Ann Bencivengo
United States District Judge